## Cox Estate.

Argued April 18, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

 reargument refused July 29, 1972.

*J. Horace Churchman,* with him *Drinker, Biddle & Reath,* for appellants.

*Paul Maloney,* with him *E. M. Watters, III,* and *Pepper, Hamilton & Scheetz,* for appellants.

*Philip A. Bregy,* with him *MacCoy, Evans & Lewis,* for appellee.

*Maurice Heckscher,* with him *Duane, Morris & Heckscher,* for appellee.

OPINION PER CURIAM, June 28, 1972:
Decree affirmed. Each party to pay own costs.